No. 683, Misc. HARTSFIELD *v.* SLOAN, U. S. DISTRICT JUDGE. Motion of United States Conference of Mayors for leave to file brief, as *amicus curiae,* granted. Motion for leave to file petition for writ of mandamus denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN think that a rule

to show cause should issue. *Morris B. Abram* for petitioner. *Eugene Cook,* Attorney General, *Freeman Leverett, Robert H. Hall,* Assistant Attorneys General, and *B. D. Murphy* for the Secretary of State of Georgia, and *Charles J. Bloch* for Bell, Chairman, Georgia State Democratic Executive Committee, et al., filed briefs in opposition to the motion for leave to file petition for writ of mandamus. *Wallace M. Cohen* filed a brief for the United States Conference of Mayors, as *amicus curiae,* urging that the motion for leave to file petition for writ of mandamus be granted.